UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 11-cr-30-01-JD

<u>Claudia Gabriella Salas</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 15 ) filed by defendant is granted; Trial is continued to the two-week period beginning November 8, 2011, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                      /s/ Joseph A. DiClerico, Jr.
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

Date: July 26, 2011

cc:  Michael J. Iacopino, Esq.
     Alfred J.T. Rubega, Esq.
     U.S. Marshal
     U.S. Probation