UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                             Criminal No. 11-cr-30-01-JD

<u>Claudia Gabriella Salas</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted; Trial is continued to the two-week period beginning July 17, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                   */s/ Joseph A. DiClerico, Jr.*
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

Date:  April 9, 2012

cc:  Michael Iacopino, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation